No. 405. GUARANTY TRUST CO., TRUSTEE, ET AL. *v.* THOMPSON, TRUSTEE. October 25, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the

Eighth Circuit denied. *Messrs. Godfrey Goldmark, Henry N. Ess*, and *John C. Higgins* for petitioners. *Messrs. Jerome N. Frank* and *Ernest A. Green* for respondent.